761 A.2d 539
IN THE MATTER OF JERI L. SAYER, AN ATTORNEY AT LAW.

November 22, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that a letter of admonition should be issued to **JERI L. SAYER** of **CLARK**, who was admitted to the bar of this

State in 1985, for violation of *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence) and *RPC* 1.4(a) (failure to communicate with client), and good cause appearing;

It is ORDERED that the Disciplinary Review Board is authorized to issue a letter of admonition to respondent;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.